# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00546-CV

**Clauklin LLC and Capital City Relocation, LLC, Appellants**

**v.**

**Stephen Shamel; Grace Shamel; and All Other Occupants of 2609 Bonnyrigg Ct., Cedar Park, Texas 78613, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-12-005683, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## MEMORANDUM OPINION

On April 25, 2013, appellants Clauklin LLC and Capital City Relocation, LLC, filed an unopposed motion requesting a ninety-day extension of time to file their reply brief while the parties finalize a settlement of the dispute. In light of the parties' pending settlement, we will abate the appeal until August 1, 2013. If the parties have finalized a settlement by that date, they are instructed to file a motion to reinstate and dismiss the appeal in accordance with the settlement agreement. If the parties have not finalized a settlement by that date, they are instructed to file a report informing this Court as to the status of the appeal and, if necessary, requesting an extension of the abatement.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Abated

Filed: May 3, 2013